### KEATING v. EDGAR.

#### December 8, 1883.

##### 1 Pac. 155.

**Appeal—Failure to File Briefs—Abandonment.**—An appeal will be considered abandoned when the appellant fails to file his points prior to the day set for argument, as required by the rule, or to file a brief within the time allowed by the court.

By the COURT.—No points were filed by appellant prior to the day on which the cause was set for argument, as required by rule, nor has appellant filed a brief within the time allowed by the court. We feel justified in treating the appeal as abandoned, but have looked into the record and are not satisfied that error was committed by the court below.

Judgment and order affirmed.